No. 81–871.  AMERICAN PETROLEUM INSTITUTE ET AL. *v.* GORSUCH, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL.; and

No. 81–1019.  CITY OF HOUSTON, TEXAS *v.* GORSUCH, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL.  C. A. D. C. Cir.  Certiorari denied.  JUSTICE WHITE, JUSTICE POWELL, and JUSTICE O'CONNOR took no part in the consideration or decision of these petitions.  Reported below: 214 U. S. App. D. C. 358, 665 F. 2d 1176.

No. 81–959.  SAXTON, MOTHER AND NATURAL GUARDIAN OF DENNIS ET AL. *v.* DENNIS.  Sup. Ct. Minn.  Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 81–1152.  STANDARD OIL COMPANY OF CALIFORNIA *v.* WILTSHIRE.  C. A. 9th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this motion and this petition.

No. 81–1341.  DEL RIO LAND, INC., ET AL. *v.* CITY OF PHOENIX ET AL.  Ct. App. Ariz.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 81–1371.  HOOPA VALLEY TRIBE OF INDIANS *v.* SHORT ET AL.; and

No. 81–1373.  UNITED STATES *v.* SHORT ET AL.  Ct. Cl. Motion of Quinault Indian Nation for leave to file a brief as *amicus curiae* in No. 81–1371 granted.  Motion of National Congress of American Indians et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.  Reported below: 228 Ct. Cl. 535, 661 F. 2d 150.